AO91 (Rev. 12/03)  Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Wilmer Esteban PEREZ-Martinez  
A215 774 712  Nicaragua

**CRIMINAL COMPLAINT**

Case Number: 1:18-po-2431

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  July 13, 2018  in  Hidalgo  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Hidalgo, Texas on July 13, 2018. The defendant is a citizen of Nicaragua who entered the United States illegally by wading across the Rio Grande River near Hidalgo, Texas on July 13, 2018 thus avoiding immigration inspection.

At time of arrest, subject had $160.00 U.S. dollars in his possession.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Mancillas, Jose M.  Border Patrol Agent  
Signature of Complainant

Mancillas, Jose M.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 15, 2018                                         at     Brownsville, Texas  
Date                                                              City/State

Ignacio Torteya III            U.S. Magistrate Judge  
Name of Judge                 Title of Judge                 Signature of Judge